UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-CV-14324-JEM

JACOB BAILEY and STEVEN BANASIAK,

    Plaintiffs,

vs.

KELLER WILLIAMS REALTY INC.
a/k/a KELLER WILLIAMS REALTY
INTERNATIONAL
SAFE HARBOR REALTY OF PORT ST. LUCIE, LLC
d/b/a KELLER WILLIAMS REALTY
OF PORT ST. LUCIE, and
SAFE HARBOR REALTY OF MARTIN
COUNTY, LLC
d/b/a KELLER WILLIAMS OF THE TREASURE
COAST

    Defendants.

_____/

## DEFENDANTS' NOTICE OF SETTLEMENT

Defendants, SAFE HARBOR REALTY OF PORT ST. LUCIE, LLC and SAFE HARBOR REALTY OF MARTIN COUNTY, LLC, by and through the undersigned counsel hereby file the above-referenced Notice, and in support thereof, state as follows:

1. The parties have settled this matter and anticipate that a Stipulation of Dismissal with prejudice will be filed within the next ten days.

2. Plaintiffs have no objection to the filing of the instant notice.

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(305) 323-7274 (facsimile)
costalesgary@hotmail.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 20th, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

*JACOB BAILEY ET AL AL. V. KELLER WILLIAMS REALTY INC.*
*CASE NO.:22-CV-14324-JEM*
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Beth Coke, Esq. | Gary A. Costales, Esq. |
| E-Mail: beth@cokeemploymentlaw.com | Email: costalesgary@hotmail.com |
| | |
| Coke Employment Law | Gary A. Costales, P.A. |
| 131 N 2nd Street, Suite 204 | 1533 Sunset Drive, Suite 150 |
| Fort Pierce, FL 34950 | Miami, FL 33143 |
| (772) 252-4230 | (786) 448-7288 |
| (772) 252-4575 (facsimile) | (305) 323-7274 (facsimile) |
| Attorney for Plaintiffs | Attorney for Defendants |
| *Notice of Electronic Filing* | *Notice of Electronic Filing* |